## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE (WILMINGTON)

|  |  |  |
|---|---|---|
| | X | |
| MARTIN MARCUS, Individually and on Behalf of All others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Case No. 1:05-cv-081 (GMS) |
| | : | |
| ASTRAZENECA PLC, TOM MCKILLOP, JONATHAN SYMONDS, HAKAN MOGREN, and PERCY BARNEVIK, | : | |
| | : | |
| Defendants. | : | |
| | X | |

### [PROPOSED] ORDER APPOINTING
### LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Anthony Lang, individually and on behalf of Hunglang Investment Group, and Charles R. Beyerlein (collectively, the "Lang Group" or "Movant"), and good cause appearing therefore, the Court orders as follows:

1.    The Motion is **GRANTED**;

2.    The Lang Group is hereby **APPOINTED** to serve as Lead Plaintiff in the action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.    Milberg Weiss Bershad & Schulman LLP is hereby **APPOINTED** Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____, 2005    _____
                                United States District Court Judge