IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN MARCUS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-81-GMS<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>) |

STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

BOUCHARD MARGULES &
 FRIEDLANDER, P.A.
Joel Friedlander (No. 3163)
 [jfriedlander@bmf-law.com]
Karen L. Pascale (No. 2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: 302-573-3500
Fax: 302-573-3501

*Attorneys for Movant, State Universities Retirement System of Illinois
(Proposed Liaison Counsel)*

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
William S. Lerach
Laura M. Andracchio
Udoka Nwanna
401 B Street, Suite 1600
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

*Attorneys for Movant, State Universities Retirement System of Illinois
(Proposed Lead Counsel for Plaintiffs)*

Dated: March 28, 2005

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that State Universities Retirement System of Illinois, who purchased AstraZeneca PLC publicly-traded securities during the period between April 2, 2003 and October 11, 2004 ("Class Period"), hereby move this Court for an Order granting State Universities Retirement System of Illinois' Motion for (1) Appointment as Lead Plaintiff and (2) Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934. This Motion is based upon this motion, the accompanying Memorandum of Law in support thereof, the Affidavit of Joel Friedlander, the pleadings and other files and records in each of these actions, and such other written or oral argument as may be permitted by the Court.

Dated: March 28, 2005          /s/ Karen L. Pascale
                               BOUCHARD MARGULES & FRIEDLANDER, P.A.
                               Joel Friedlander (#3163) [jfriedlander@bmf-law.com]
                               Karen L. Pascale (#2903) [kpascale@bmf-law.com]
                               222 Delaware Avenue, Suite 1400
                               Wilmington, DE 19801
                               (302) 573-3500

                               *Attorneys for Movant, State Universities
                               Retirement System of Illinois
                               (Proposed Liaison Counsel)*

                               LERACH COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               William S. Lerach
                               Laura M. Andracchio
                               Udoka Nwanna
                               401 B Street, Suite 1600
                               San Diego, CA 92101
                               Tel: 619-231-1058
                               Fax: 619-231-7423

                               *Attorneys for Movant, State Universities
                               Retirement System of Illinois
                               (Proposed Lead Counsel for Plaintiffs)*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on March 28, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing document – *State Universities Retirement System of Illinois' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Seth D. Rigrodsky
> MILBERG WEISS BERSHAD & SCHULMAN LLP
> 919 North Market Street, Suite 411
> Wilmington, DE 19801
> Tel: (302) 984-0597
> [srigrodsky@milbergweiss.com]

I further certify that on March 28, 2005, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that I caused a copy to be served on the following non-registered participants on the date and in the manner indicated:

### *By Mail on March 29, 2005*

Michael P. Carroll
Joel M. Cohen
Patrick J. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4000
Fax: 212-450-3800

John D. Donovan, Jr.
Gabriel D. O'Malley
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel: 617-951-7000
Fax: 617-951-7050

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
Tel: 212-983-9330
Fax: 212-983-9331

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: 212-594-5300
Fax: 212-868-1229

> /s/ Karen L. Pascale
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Joel Friedlander (#3163) [jfriedlander@bmf-law.com]
> Karen L. Pascale (#2903) [kpascale@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> *Attorneys for Movant,*
> *State Universities Retirement System of Illinois*