IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN MARCUS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-81-GMS<br>)<br>)  <u>CLASS ACTION</u><br>)<br>)<br>) |

[PROPOSED] ORDER GRANTING STATE UNIVERSITIES RETIREMENT
SYSTEM OF ILLINOIS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON
COUNSEL

BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
Joel Friedlander (No. 3163)
  [jfriedlander@bmf-law.com]
Karen L. Pascale (No. 2903)
  [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: 302-573-3500
Fax: 302-573-3501

*Attorneys for Movant, State Universities
Retirement System of Illinois
(Proposed Liaison Counsel)*

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
William S. Lerach
Laura M. Andracchio
Udoka Nwanna
401 B Street, Suite 1600
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

*Attorneys for Movant, State Universities
Retirement System of Illinois
(Proposed Lead Counsel for Plaintiffs)*

Dated: March 28, 2005

Having considered the Motion to appoint State Universities Retirement System of Illinois as lead plaintiff and to approve lead plaintiff's choice of lead counsel and liaison counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Court appoints the State Universities Retirement System of Illinois as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead Counsel for the class is approved. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel and Bouchard Margules & Friedlander is approved as Liaison Counsel.

IT IS SO ORDERED.

DATED: _____    _____
                                   UNITED STATES DISTRICT JUDGE

S:\CasesSD\Astrazeneca\Lead-Con-DE_cap.doc