IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

|  |  |
|---|---|
| MARTIN MARCUS, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, TOM MCKILLOP, JONATHAN SYMONDS, HAKAN MOGREN, and PERCY BARNEVIK,<br><br>Defendants. | Case No. 1:05-cv-081 (GMS) |

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF THE LANG GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
(302) 984-0597
--and--
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300

*Proposed Lead Counsel*

*Attorneys for Plaintiff:*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330

Class members Anthony Lang, individually and on behalf of Hunglang Investment Group, and Charles R. Beyerlein (the "Lang Group" or "Movant"), upon the accompanying Declaration of Ralph Sianni, dated March 28, 2005, the accompanying memorandum of law in support, and upon all other papers and prior proceedings had herein, hereby move this Court for an Order:

(A) appointing the Lang Group as Lead Plaintiff;

(B) approving the Lang Group's choice of Milberg Weiss Bershad & Schulman LLP as Lead Counsel; and

(C) Granting such other and further relief as may be just, proper and equitable.

DATED: March 28, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By ___/s/ Ralph N. Sianni___
    Seth D. Rigrodsky (#3147)
    Ralph Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
(302) 984-0597

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300

*Proposed Lead Counsel*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330 – phone
(212) 983-9331 – fax

*Attorneys for Plaintiff*