# EXHIBIT B

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, _Anthony Lang_, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or ADR's of AstraZeneca PLC (NYSE:AZN) I held on the first day of the Class Period, April 2, 2003 (if any) was:

Type of Security (check one)          Quantity
☒ Common Stock      ☐ Preferred Stock
☐ Bonds             ☐ Put
☐ Call

8. I have listed below all my transactions in the securities of AstraZeneca PLC (NYSE:AZN) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADRs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| See Enclosure (1) & (2) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):
☐ General (non-retirement account)   ☐ Merger/acquisition/distribution            ☐ Gift
☐ IRA                                ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of AstraZeneca PLC (NYSE:AZN) during the **90-day period after** the Class Period:

**Sales (February 8, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, ADR's, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __15th__ day of __March__, 2005

__Anthony Lang__
Name (print)                                              Signature

# Schedule A
## Anthony Lang Transactions in AstraZeneca PLC (NYSE:AZN)

| | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 04/29/04 | 2,500 | $48.1700 |
| | 04/29/04 | 1,600 | $48.1600 |
| | 04/29/04 | 400 | $48.1700 |
| | 05/05/04 | 685 | $49.4800 |
| | 05/11/04 | 130 | $46.9900 |
| | 05/11/04 | 200 | $46.9900 |
| **Sale(s):** | | | |
| | 05/06/04 | 1,696 | $48.2300 |
| | 05/12/04 | 1,800 | $47.3300 |
| | 05/12/04 | 1,004 | $47.3400 |
| | 05/14/04 | 600 | $47.6600 |
| | 05/14/04 | 415 | $47.6800 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, ANTHONY LANG, certify that:                                                    MAR 24 2005

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or ADR's of AstraZeneca PLC (NYSE:AZN) I held on the first day of the Class Period, April 2, 2003 (if any) was:

Type of Security (check one)                    Quantity
☒ Common Stock      ☐ Preferred Stock
☐ Bonds             ☐ Put                       _____
☐ Call

8. I have listed below all my transactions in the securities of AstraZeneca PLC (NYSE:AZN) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADRs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| See Enclosure "1" | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):
☐ General (non-retirement account)      ☐ Merger/acquisition/distribution       ☐ Gift
☐ IRA                                    ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of AstraZeneca PLC (NYSE:AZN) during the **90-day period after** the Class Period:

**Sales (February 8, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, ADR's, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 15th day of March, 2005

ANTHONY LANG (CEO)
_____                          _____
Name (print)                                        Signature

for Hungjong Investment Group, Inc.

## Schedule A
### Anthony Lang CEO Hunglang Investment Group Transactions in AstraZeneca PLC (NYSE:AZN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 04/29/04 | 4,200 | $47.8500 |
| | 04/29/04 | 800 | $47.8800 |
| | 04/30/04 | 550 | $47.7100 |
| | 04/30/04 | 650 | $47.7800 |
| | 04/30/04 | 1,600 | $47.8100 |
| | 04/30/04 | 550 | $47.8000 |
| | 04/30/04 | 1,700 | $47.8000 |
| | 04/30/04 | 550 | $47.8900 |
| | 04/30/04 | 295 | $47.8900 |
| | 05/03/04 | 200 | $47.7600 |
| | 05/05/04 | 3,500 | $49.4000 |
| | 05/07/04 | 490 | $47.9200 |
| | 05/07/04 | 100 | $47.9300 |
| | 05/07/04 | 1,400 | $47.9600 |
| **Sale(s):** | | | |
| | 04/30/04 | 750 | $47.7500 |
| | 04/30/04 | 4,800 | $47.7100 |
| | 05/05/04 | 3,000 | $48.7800 |
| | 05/05/04 | 1,000 | $48.7800 |
| | 05/05/04 | 445 | $48.6900 |
| | 05/05/04 | 300 | $48.6800 |
| | 05/05/04 | 800 | $48.6600 |
| | 05/14/04 | 200 | $47.4500 |
| | 05/14/04 | 2,300 | $47.3600 |
| | 05/14/04 | 1,490 | $47.4500 |
| | 05/14/04 | 100 | $47.4500 |
| | 05/14/04 | 200 | $47.4500 |
| | 05/14/04 | 1,200 | $47.4400 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, _Charles R. Beyerlein_, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or ADR's of AstraZeneca PLC (NYSE:AZN) I held on the first day of the Class Period, April 2, 2003 (if any) was:

Type of Security (check one)
- [x] Common Stock
- [ ] Preferred Stock
- [ ] Bonds
- [ ] Put
- [ ] Call

Quantity: 500

8. I have listed below all my transactions in the securities of AstraZeneca PLC (NYSE:AZN) during the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, ADRs, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| Common Stock | purchase | 500 | 10/30/03 | 49.07 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):
- [ ] General (non-retirement account)
- [x] IRA
- [ ] Merger/acquisition/distribution
- [ ] Employer-sponsored plan (401k, 403b, etc.)
- [ ] Gift

9. I made the following sales of securities of AstraZeneca PLC (NYSE:AZN) during the **90-day period after** the Class Period:

**Sales (February 8, 2005 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, ADR's, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this _17th_ day of _March_, 2005

_CHARLES R. BEYERLEIN_          _Charles R. Beyerlein_
           Name (print)                                Signature