# EXHIBIT C

Class Period: 04/02/03 - 10/11/04

AstraZeneca PLC

Astrazeneca ADS Hold price: $39.6892

| PLAINTIFF | PURCHASE TRANSACTIONS(3) | | | | SALES TRANSACTIONS (1)(3) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Lang, Anthony | | | | | | | | | | | |
| | 04/29/04 | 2,500 | 48.1700 | 120,425.00 | 05/06/04 | 1,696 | 48.2300 | 81,798.08 | 804 | 31,910.11 | (6,716.81) |
| | 04/29/04 | 1,600 | 48.1600 | 77,056.00 | 05/12/04 | 1,800 | 47.3300 | 85,194.00 | (200) | (7,937.84) | 200.16 |
| | 04/29/04 | 400 | 48.1700 | 19,268.00 | 05/12/04 | 1,004 | 47.3400 | 47,529.36 | (604) | (23,972.27) | 4,289.09 |
| | 05/05/04 | 685 | 49.4800 | 33,893.80 | 05/14/04 | 600 | 47.6600 | 28,596.00 | 85 | 3,373.58 | (1,924.22) |
| | 05/11/04 | 130 | 46.9900 | 6,108.70 | 05/14/04 | 415 | 47.6800 | 19,787.20 | (285) | (11,311.42) | 2,367.08 |
| | 05/11/04 | 200 | 46.9900 | 9,398.00 | | | | | 200 | 7,937.84 | (1,460.16) |
| Lang, Anthony Totals | | 5,515 | | 266,149.50 | | 5,515 | | 262,904.64 | | | (3,244.86) |
| Lang, Anthony., CEO Hunglang Investment Group | | | | | | | | | | | |
| | 04/29/04 | 4,200 | 47.8500 | 200,970.00 | 04/30/04 | 750 | 47.7500 | 35,812.50 | 3,450 | 136,927.72 | (28,229.78) |
| | 04/29/04 | 800 | 47.8800 | 38,304.00 | 04/30/04 | 4,800 | 47.7100 | 229,008.00 | (4,000) | (158,756.77) | 31,947.23 |
| | 04/30/04 | 550 | 47.7100 | 26,240.50 | 05/05/04 | 3,000 | 48.7800 | 146,340.00 | (2,450) | (97,238.52) | 22,860.98 |
| | 04/30/04 | 650 | 47.7800 | 31,057.00 | 05/05/04 | 1,000 | 48.7800 | 48,780.00 | (350) | (13,891.22) | 3,831.78 |
| | 04/30/04 | 1,600 | 47.8100 | 76,496.00 | 05/05/04 | 445 | 48.6900 | 21,667.05 | 1,155 | 45,841.02 | (8,987.93) |
| | 04/30/04 | 550 | 47.8000 | 26,290.00 | 05/05/04 | 300 | 48.6800 | 14,604.00 | 250 | 9,922.30 | (1,763.70) |
| | 04/30/04 | 1,700 | 47.8000 | 81,260.00 | 05/05/04 | 800 | 48.6600 | 38,928.00 | 900 | 35,720.27 | (6,611.73) |
| | 04/30/04 | 550 | 47.8900 | 26,339.50 | 05/14/04 | 200 | 47.4500 | 9,490.00 | 350 | 13,891.22 | (2,958.28) |
| | 04/30/04 | 295 | 47.8900 | 14,127.55 | 05/14/04 | 2,300 | 47.3600 | 108,928.00 | (2,005) | (79,576.83) | 15,223.62 |
| | 05/03/04 | 200 | 47.7600 | 9,552.00 | 05/14/04 | 1,490 | 47.4500 | 70,700.50 | (1,290) | (51,199.06) | 9,949.44 |
| | 05/05/04 | 3,500 | 49.4000 | 172,900.00 | 05/14/04 | 100 | 47.4500 | 4,745.00 | 3,400 | 134,943.26 | (33,211.74) |
| | 05/07/04 | 490 | 47.9200 | 23,480.80 | 05/14/04 | 200 | 47.4500 | 9,490.00 | 290 | 11,509.87 | (2,480.93) |
| | 05/07/04 | 100 | 47.9300 | 4,793.00 | 05/14/04 | 1,200 | 47.4400 | 56,928.00 | (1,100) | (43,658.11) | 8,476.89 |
| | 05/07/04 | 1,400 | 47.9600 | 67,144.00 | | | | | 1,400 | 55,564.87 | (11,579.13) |
| Lang, Anthony., CEO Hunglang Investment Group Totals | | 16,585 | | 798,954.35 | | 16,585 | | 795,421.05 | | | (3,533.30) |
| Lang, Anthony Totals | | | | | | | | | | | (6,778.16) |
| Beyerlein, Charles R. | | | | | | | | | | | |
| | 10/30/03 | 500 | 49.0700 | 24,535.00 | | | | | 500 | 19,844.60 | (4,690.40) |
| Beyerlein, Charles R. Totals | | 500 | | 24,535.00 | | 0 | | 0.00 | 500 | 19,844.60 | (4,690.40) |
| Total Losses | | | | | | | | | | | (11,468.56) |

(1) Sales have been applied to purchases on a FIFO basis.
(2) Held shares have been valued using an average closing price of $39.6892
(3) Share data refers to ADS's traded on NYSE.