## **CERTIFICATE OF SERVICE**

      I, Ralph N. Sianni, an associate at the law firm of Milberg Weiss Bershad & Schulman LLP, hereby certify that I electronically filed with the Clerk of Court using CM/ECF, and caused a true and correct copy of, the DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF THE LANG GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL to be served by regular U.S. Mail to all parties listed on the attached service list on this 28th day of March 2005.


Dated:    March 28, 2005                                /s/ Ralph N. Sianni
                                                                             Ralph N. Sianni
                                                                             (DSBA # 4151)

## ASTRAZENECA PLC
## SERVICE LIST

| *Tyler v. Aztrazeneca PLC*, No. 05cv10167 (D. Mass.) ||
|---|---|
| Thomas G. Shapiro, Esq.<br>Theodore M. Hess-Mahan, Esq.<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Tel: 617.439.3939<br>Fax: 617.439.0134<br><br>*Attorneys for Plaintiff Raymond Tyler* | William S. Lerach, Esq.<br>Darren J. Robbins, Esq.<br>Mary K. Blasy, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.231.1058<br>Fax: 619.231.7423<br><br>*Attorneys for Plaintiff Raymond Tyler* |
| Samuel H. Rudman, Esq.<br>David A. Rosenfeld, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Tel: 631.367.7100<br>Fax: 631.367.1173<br><br>*Attorneys for Plaintiff Raymond Tyler* | |

| *Marcus v. Astrazeneca PLC*, No. 05cv81 (D. Del.) ||
|---|---|
| Nadeem Faruqi, Esq.<br>**FARUQI & FARUQI, LLP**<br>320 E. 39th Street<br>New York, NY 10016<br>Tel: 212.983.9330<br>Fax: 212.983.9331<br><br>*Attorneys for Plaintiff Martin Marcus* | Norman M. Monhait<br>**ROSENTHAL MONHAIT GROSS & GODDESS PA**<br>919 N. Market St, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br><br>*Proposed Liaison Counsel for Plaintiffs and the Class re: Foster Group Movants* |

| *Jaroslawicz v. Astrazeneca PLC*, No. 05cv2688 (S.D.N.Y.) ||
|---|---|
| Stanley M. Grossman, Esq.<br>H. Adam Prussin, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>100 Park Avenue<br>New York, NY  10017<br>Tel: 212.661.1100<br>Fax: 212.661.8665<br><br>*Attorneys for Plaintiff David Jaroslawicz* | Patrick V. Dahlstrom, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>One North LaSalle Street, Suite 2225<br>Chicago, IL  60602-3908<br>Tel: 312.377.1181<br>Fax: 312.377.1184<br><br>*Attorneys for Plaintiff David Jaroslawicz* |

| *Elliott v. Astrazeneca PLC*, No. 05cv2969 (S.D.N.Y.) ||
|---|---|
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzivia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY  10017<br>Tel: 212.687.7230<br>Fax: 212.490.2022<br><br>*Attorneys for Plaintiff Bruce R. Elliott* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY  10176<br>Tel: 212.682.3025<br>Fax: 212.682.3010<br><br>*Attorneys for Plaintiff Bruce R. Elliott* |

| | |
|---|---|
| John D. Donovan, Jr., Esq.<br>Gabriel D. O'Malley, Esq.<br>**ROPES & GRAY LLP**<br>One International Place<br>Boston, MA  02110<br>Tel: 617.951.7000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* | Michael P. Carroll, Esq.<br>Joel M. Cohen, Esq.<br>Patrick J. Murray, Esq.<br>Daniel S. Kahn, Esq.<br>**DAVIS POLK & WARDWELL**<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: 212.450.4000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* |