IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN MARCUS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-81-GMS <br><br> <u>CLASS ACTION</u> |

AFFIDAVIT OF JOEL FRIEDLANDER IN SUPPORT OF THE STATE
UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS' MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

BOUCHARD MARGULES &
 FRIEDLANDER, P.A.
Joel Friedlander (No. 3163)
 [jfriedlander@bmf-law.com]
Karen L. Pascale (No. 2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: 302-573-3500
Fax: 302-573-3501

*Attorneys for Movant, State Universities
Retirement System of Illinois
(Proposed Liaison Counsel)*

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
William S. Lerach
Laura M. Andracchio
Udoka Nwanna
401 B Street, Suite 1600
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

*Attorneys for Movant, State Universities
Retirement System of Illinois
(Proposed Lead Counsel for Plaintiffs)*

Dated: March 28, 2005

I, Joel Friedlander, affirm as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Delaware. I am a partner with the law firm of Bouchard Margules & Friedlander, proposed liaison counsel of record for proposed lead plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Chart of Movant's Purchases and Losses;

Exhibit B:   Sworn Certification of State Universities Retirement System of Illinois;

Exhibit C:   Notice of pendency of class action published on *Business Wire*, a national, business-oriented newswire service, on January 27, 2005;

Exhibit D:   Firm resume of Lerach Coughlin Stoia Geller Rudman & Robbins LLP; and

Exhibit E:   Firm resume of Bouchard Margules & Friedlander.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of March, 2005, at Wilmington, Delaware.

*Joel Friedlander by Karen L. Pascale*
JOEL FRIEDLANDER   (# 2903)

I:\AstraZeneca\LP Motion\DE\LP Aff.doc

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, hereby certify that on March 28, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing document – *Affidavit of Joel Friedlander in Support of the State Universities Retirement System of Illinois' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Seth D. Rigrodsky
>MILBERG WEISS BERSHAD & SCHULMAN LLP
>919 North Market Street, Suite 411
>Wilmington, DE 19801
>Tel: (302) 984-0597
>[srigrodsky@milbergweiss.com]

I further certify that on March 28, 2005, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that I caused a copy to be served on the following non-registered participants on the date and in the manner indicated:

### *By Mail on March 29, 2005*

Michael P. Carroll
Joel M. Cohen
Patrick J. Murray
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4000
Fax: 212-450-3800

John D. Donovan, Jr.
Gabriel D. O'Malley
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel: 617-951-7000
Fax: 617-951-7050

Nadeem Faruqi
FARUQI & FARUQI, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
Tel: 212-983-9330
Fax: 212-983-9331

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: 212-594-5300
Fax: 212-868-1229

>/s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Joel Friedlander (#3163) [jfriedlander@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Movant,*
>   *State Universities Retirement System of Illinois*