# EXHIBIT A

Movant's Purchases and Losses

Astrazeneca

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| State Universities Retirement System of Illinois | 05/02/2003 ** | 200 | $41.04 | $8,207.20 | held | 154,400 | $39.69 | $6,128,011.48 | |
| State Universities Retirement System of Illinois | 05/02/2003 ** | 100 | $41.39 | $4,139.40 | | | | | |
| State Universities Retirement System of Illinois | 05/02/2003 ** | 2,200 | $41.39 | $91,066.80 | | | | | |
| State Universities Retirement System of Illinois | 05/02/2003 ** | 400 | $41.59 | $16,634.40 | | | | | |
| State Universities Retirement System of Illinois | 05/05/2003 ** | 800 | $42.24 | $33,792.80 | | | | | |
| State Universities Retirement System of Illinois | 05/06/2003 ** | 1,900 | $41.50 | $78,846.20 | | | | | |
| State Universities Retirement System of Illinois | 05/07/2003 ** | 2,400 | $40.79 | $97,903.20 | | | | | |
| State Universities Retirement System of Illinois | 05/08/2003 ** | 1,000 | $40.66 | $40,655.00 | | | | | |
| State Universities Retirement System of Illinois | 05/13/2003 ** | 100 | $41.91 | $4,191.40 | | | | | |
| State Universities Retirement System of Illinois | 05/14/2003 ** | 100 | $42.20 | $4,219.50 | | | | | |
| State Universities Retirement System of Illinois | 05/15/2003 ** | 200 | $42.92 | $8,584.80 | | | | | |
| State Universities Retirement System of Illinois | 05/16/2003 ** | 100 | $43.84 | $4,383.60 | | | | | |
| State Universities Retirement System of Illinois | 05/16/2003 ** | 200 | $43.84 | $8,768.00 | | | | | |
| State Universities Retirement System of Illinois | 05/19/2003 ** | 200 | $42.72 | $8,544.20 | | | | | |
| State Universities Retirement System of Illinois | 08/28/2003 ** | 500 | $40.46 | $20,229.50 | | | | | |
| State Universities Retirement System of Illinois | 08/28/2003 ** | 200 | $40.83 | $8,166.40 | | | | | |
| State Universities Retirement System of Illinois | 08/29/2003 ** | 200 | $40.42 | $8,083.80 | | | | | |
| State Universities Retirement System of Illinois | 08/29/2003 ** | 100 | $40.86 | $4,086.00 | | | | | |
| State Universities Retirement System of Illinois | 09/03/2003 | 400 | $40.19 | $16,076.63 | | | | | |
| State Universities Retirement System of Illinois | 09/04/2003 | 300 | $41.09 | $12,326.98 | | | | | |
| State Universities Retirement System of Illinois | 12/30/2003 | 200 | $48.39 | $9,677.36 | | | | | |
| State Universities Retirement System of Illinois | 01/02/2004 | 200 | $48.68 | $9,735.97 | | | | | |
| State Universities Retirement System of Illinois | 01/05/2004 | 200 | $48.52 | $9,703.98 | | | | | |
| State Universities Retirement System of Illinois | 01/06/2004 ** | 2,800 | $48.49 | $135,777.60 | | | | | |
| State Universities Retirement System of Illinois | 01/07/2004 ** | 36,400 | $48.19 | $1,754,006.80 | | | | | |
| State Universities Retirement System of Illinois | 01/07/2004 | 15,000 | $48.23 | $723,381.65 | | | | | |
| State Universities Retirement System of Illinois | 01/08/2004 | 15,500 | $48.31 | $748,818.75 | | | | | |
| State Universities Retirement System of Illinois | 01/09/2004 | 11,700 | $48.17 | $563,638.09 | | | | | |
| State Universities Retirement System of Illinois | 01/12/2004 | 14,300 | $48.36 | $691,577.86 | | | | | |
| State Universities Retirement System of Illinois | 01/13/2004 ** | 23,700 | $47.00 | $1,113,903.78 | | | | | |
| State Universities Retirement System of Illinois | 01/13/2004 | 11,100 | $48.05 | $533,331.99 | | | | | |
| State Universities Retirement System of Illinois | 01/14/2004 | 4,300 | $47.51 | $204,310.22 | | | | | |
| State Universities Retirement System of Illinois | 01/15/2004 | 3,200 | $46.36 | $148,352.19 | | | | | |
| State Universities Retirement System of Illinois | 01/16/2004 | 2,900 | $47.07 | $136,496.89 | | | | | |
| State Universities Retirement System of Illinois | 02/12/2004 ** | 200 | $48.18 | $9,635.49 | | | | | |
| State Universities Retirement System of Illinois | 08/31/2004 ** | 1,100 | $45.67 | $50,231.61 | | | | | |
| **Movant's Total** | | 154,400 | | $7,321,486.04 | | 154,400 | | $6,128,011.48 | ($1,193,474.56) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $39.69 as of January 07, 2005.

**Ordinary shares converted to ADRs.

Opening position of 101,180 shares.

# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |

*See* attached Schedule A.

5. (a) During the three years prior to the date of this Certificate, Plaintiff has served as a representative party for a class in the following actions filed under the federal securities laws:

*In re Alstom SA Sec. Litig.*, No. 03-CV-6595(VM) (S.D.N.Y.) (lead plaintiff)
*In re Healthsouth Corp. Sec. Litig.*, No. CV-03-BE-1500-S (N.D. Ala.) (class representative)
*Ong v. Sears, Roebuck & Co., et al.*, No. 03 C 4142 (N.D. Ill.) (class representative)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws, but either withdrew its application or its application was denied in favor of other investors with more significant losses:

*Fadem v. AOL Time Warner, Inc., et al.*, No. 1:02-CV-5575 (S.D.N.Y.)
*In re Cable & Wireless, PLC Sec. Litig.*, No. 02-1860-A (E.D. Va.)
*Marshall v. Peregrine Systems, Inc., et al.*, No. 02-CV-870(RBB) (S.D. Cal.)

ASTRAZENECA

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2005.

STATE UNIVERSITIES RETIREMENT
SYSTEM OF ILLINOIS

By: _____

Its: General Counsel and
Associate Executive Director

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 05/02/2003 ** | 200 | $41.04 |
| 05/02/2003 ** | 100 | $41.39 |
| 05/02/2003 ** | 2,200 | $41.39 |
| 05/02/2003 ** | 400 | $41.59 |
| 05/05/2003 ** | 800 | $42.24 |
| 05/06/2003 ** | 1,900 | $41.50 |
| 05/07/2003 ** | 2,400 | $40.79 |
| 05/08/2003 ** | 1,000 | $40.66 |
| 05/13/2003 ** | 100 | $41.91 |
| 05/14/2003 ** | 100 | $42.20 |
| 05/15/2003 ** | 200 | $42.92 |
| 05/16/2003 ** | 100 | $43.84 |
| 05/16/2003 ** | 200 | $43.84 |
| 05/19/2003 ** | 200 | $42.72 |
| 08/28/2003 ** | 500 | $40.46 |
| 08/28/2003 ** | 200 | $40.83 |
| 08/29/2003 ** | 200 | $40.42 |
| 08/29/2003 ** | 100 | $40.86 |
| 09/03/2003 | 400 | $40.19 |
| 09/04/2003 | 300 | $41.09 |
| 12/30/2003 | 200 | $48.39 |
| 01/02/2004 | 200 | $48.68 |
| 01/05/2004 | 200 | $48.52 |
| 01/06/2004 ** | 2,800 | $48.49 |
| 01/07/2004 ** | 36,400 | $48.19 |
| 01/07/2004 | 15,000 | $48.23 |
| 01/08/2004 | 15,500 | $48.31 |
| 01/09/2004 | 11,700 | $48.17 |
| 01/12/2004 | 14,300 | $48.36 |
| 01/13/2004 ** | 23,700 | $47.00 |
| 01/13/2004 | 11,100 | $48.05 |
| 01/14/2004 | 4,300 | $47.51 |
| 01/15/2004 | 3,200 | $46.36 |
| 01/16/2004 | 2,900 | $47.07 |
| 02/12/2004 ** | 200 | $48.18 |
| 08/31/2004 ** | 1,100 | $45.67 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 09/11/2003 ** | 6,987 | $42.45 |
| 01/06/2004 ** | 2,600 | $47.46 |
| 02/25/2004 ** | 800 | $48.18 |
| 09/13/2004 ** | 1,700 | $41.91 |

*Opening position of 101,180 shares.

**Ordinary shares converted to ADRs.

# EXHIBIT C

BUS        Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class
           Jan 27 2005   16:48


Action Suit against AstraZeneca PLC


NEW YORK--(BUSINESS WIRE)--Jan. 27, 2005
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
("Lerach Coughlin") (http://www.lerachlaw.com/cases/astrazeneca/)
today announced that a class action lawsuit has been commenced in the
United States District Court for the District of Massachusetts on
behalf of purchasers of AstraZeneca PLC ("AstraZeneca") (NYSE:AZN)
publicly-traded securities, including investors who purchased or
acquired AstraZeneca securities on foreign markets and/or who
purchased AstraZeneca's American Depositary Receipts ("ADRs") during
the period between April 2, 2003 and October 11, 2004 (the "Class
Period").
    If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiff's counsel, Samuel H. Rudman or David A.
Rosenfeld of Lerach Coughlin at 800/449-4900 or 619/231-1058 or via
e-mail at wsl@lerachlaw.com. If you are a member of this class, you
can view a copy of the complaint as filed or join this class action
online at http://www.lerachlaw.com/cases/astrazeneca/. Any member of
the purported class may move the Court to serve as lead plaintiff
through counsel of their choice, or may choose to do nothing and
remain an absent class member.
    The complaint charges AstraZeneca and certain of its officers and
directors with violations of the Securities Exchange Act of 1934.
AstraZeneca is a pharmaceutical research company specializing in
research and development of drugs to treat cardiovascular,
gastrointestinal, neuroscience, oncology, respiratory and inflammation
and infection disorders.
    The Complaint alleges that, throughout the Class Period,
defendants issued numerous materially false and misleading statements
concerning the results of the clinical trials of the Company's
investigational oral anticoagulant Exanta, and the status and
likelihood of the approval of the New Drug Application for Exanta.
These statements caused the Company's stock/ADR prices to rise until
September 9, 2004, when staffers at the U.S. Food & Drug
Administration ("FDA") posted briefing documents on the FDA's website
which raised previously unheard-of problems with Exanta. Then, on
October 11, 2004 the Company issued a press release stating, in
relevant part, that they received an Action Letter from the FDA for
Exanta. The release stated that "the US Food and Drug Administration
(FDA) did not grant approval for the investigational oral
anticoagulant EXANTA(R) (ximelagatran)." On news of the conclusion
reached in the FDA's action letter, the Company's stock price declined
to $38 per share, erasing millions of dollars in market capitalization


Copyright (c) 2005

BUS      Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class
         Jan 27 2005  16:48

from the Class Period high of $51.20 per share reached on March 9, 2004 on the NYSE, GBP 2,894 per share reached on October 28, 2003 on the London Stock Exchange, and SEK 380.50 per share reached on October 29, 2003 on the Stockholm exchange.

   Plaintiff seeks to recover damages on behalf of all purchasers of AstraZeneca publicly-traded securities during the Class Period (the "Class"). The plaintiff is represented by Lerach Coughlin, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

   Lerach Coughlin, a 140-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston, Philadelphia and Seattle, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Lerach Coughlin lawyers have been responsible for more than $20 billion in aggregate recoveries. The Lerach Coughlin Web site (http://www.lerachlaw.com) has more information about the firm.

CONTACT:
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
William Lerach, 800-449-4900
Samuel H. Rudman
David A. Rosenfeld
wsl@lerachlaw.com
-0- Jan/27/2005 21:48 GMT

Copyright (c) 2005