# EXHIBIT E

# Bouchard Margules & Friedlander, P.A.

**The Firm**

Bouchard Margules & Friedlander, P.A. concentrates its practice in the areas of commercial and corporate litigation, including stockholder class and derivative actions, partnership disputes and federal securities litigation. The firm also provides corporate law and governance advice, performs internal investigations and serves as counsel in bankruptcy proceedings and local counsel in intellectual property disputes. The firm consists of three partners, one counsel and three associates.

**Andre G. Bouchard**

Mr. Bouchard has litigated numerous actions in state and federal courts involving contractual disputes, mergers and acquisitions, fiduciary duty claims, limited partnerships, restrictive covenants, joint venture agreements and shareholder and employment agreements. Mr. Bouchard also has represented clients in arbitration, provided advice with respect to matters of Delaware corporate law and conducted internal investigations. In 1994-95, Mr. Bouchard successfully coordinated the trial preparation, presentation and appeal that terminated *Coalition to Save Our Children v. Delaware State Board of Education*, a decades-old desegregation case concerning the public schools in New Castle County, Delaware. Mr. Bouchard was appointed by the Delaware Supreme Court in 1998 to serve as a member of the Delaware Board of Bar Examiners. Mr. Bouchard also was appointed by the Governor of the State of Delaware in 2000 to serve on the Criminal Justice Council and, in 2001, to serve on the Sentencing Accountability Commission. Mr. Bouchard previously served as a member and Chairman of the Delaware Human Relations Commission (1994-98), a member of the Executive Committee of the Delaware State Bar Association (1996-97), a member of the Oversight Committee of the National Study and Action Plan Regarding Lawyer Conduct and Professionalism conducted by the Conference of Chief Justices (1996-98) and Recorder for the Commission on Delaware Courts 2000 (1993-94). From 1986 to 1996, Mr. Bouchard was associated with the Wilmington office of Skadden, Arps, Slate, Meagher & Flom. Mr. Bouchard received his undergraduate degree from Boston College (*summa cum laude*) in 1983 and his law degree from Harvard Law School in 1986. He was named a Truman Scholar in 1981. Mr. Bouchard is admitted to practice in Delaware and various federal courts.

**David J. Margules**

Mr. Margules has more than 19 years of experience litigating a broad range of business disputes for a variety of clients. He has developed a particular expertise litigating issues concerning the fiduciary duties among participants in Delaware corporations, partnerships and limited partnerships. Mr. Margules also has extensive experience with corporate valuation proceedings and control disputes. Since 1997, Mr. Margules has been a Lecturer at Law at the University of Pennsylvania School of Law, where he teaches a Mergers and Acquisitions seminar. In 1999, Mr. Margules was named the Grant Irey Lecturer at Law. He also has served as a member of the Judicial Nominating Commission, a body which recommends to the Governor candidates for judicial appointments. Mr. Margules received his undergraduate degree from Columbia College in 1978 and his law degree from New York University School of Law (*cum laude*) in 1983, where was awarded the Order of the Coif and was a Law Review staff member. From 1983 to 1994, Mr. Margules was associated with the Wilmington office of Skadden, Arps, Slate, Meagher & Flom. After leaving Skadden Arps, Mr. Margules established the Delaware office of Wolf, Block, Schorr & Solis-Cohen, serving as Managing Partner for the office until joining the firm in June 1999. He is admitted to practice in Delaware and various federal courts.

**Joel Friedlander**

Mr. Friedlander has litigated numerous matters in the Delaware courts concerning corporate law and fiduciary duty issues. He has published widely in academic and professional journals on corporate law and constitutional law. Before joining a predecessor of the firm, Mr. Friedlander was an associate with the Wilmington office of Skadden, Arps, Slate, Meagher & Flom, from 1993 to 1995, and a law clerk for the Honorable Jack B. Jacobs of the Delaware Court of Chancery. He received his undergraduate degree from the Wharton School of Business of the University of Pennsylvania (*cum laude*) in 1988 and his law degree from the University of Pennsylvania in 1992, where he served as Executive Editor of the *University of Pennsylvania Law Review*. In 1998, Mr. Friedlander was an Adjunct Professor of Equity at the Widener Law School. Mr. Friedlander serves as an associate member of the Delaware Board of Bar Examiners and sits on the Editorial Board of the *Delaware Lawyer*. He previously served as Assistant to the President of the Delaware State Bar Association (1998-99) and as President of the Delaware Chapter, Lawyers Division, of the Federalist Society for Law & Public Policy Studies (1994-99). He is admitted to practice in Delaware and Pennsylvania.

**Joanne P. Pinckney (Counsel)**

Ms. Pinckney has represented clients in a variety of corporate and commercial litigation matters. In addition, she has represented numerous clients in chapter 11 bankruptcy cases, including adversary proceedings. Ms. Pinckney received her undergraduate degree from Neumann College (*cum laude*) in 1981 and her law degree from Widener Law School (*cum laude*) in 1994. Prior to joining the firm, Ms. Pinckney was associated with the Wilmington office of Wolf, Block, Schorr and Solis-Cohen. She is admitted to practice in Delaware and Pennsylvania.

**Karen L. Pascale (Associate)**

Ms. Pascale has represented clients in general litigation matters, intellectual property disputes and corporate litigation. Ms. Pascale received her undergraduate degree from the University of Delaware (*cum laude*) in 1984 and her law degree from Villanova University School of Law (*cum laude*) in 1990. From 1990 to 1998, Ms. Pascale was associated with the firm of Morris, Nichols, Arsht & Tunnell. She is admitted to practice in Delaware.

**John M. Seaman (Associate)**

Mr. Seaman has represented clients in both corporate and commercial litigation matters. Mr. Seaman received his undergraduate degree from Williams College (*cum laude*) in 1991 and his law degree from University of Pennsylvania in 1999. From 1999-2003, Mr. Seaman was associated with Potter Anderson & Corroon LLP. He is admitted to practice in Delaware.

**Dominick T. Gattuso (Associate)**

Mr. Gattuso has represented clients in both corporate and commercial litigation matters. Mr. Gattuso received his undergraduate degree from Wilkes University in 1992 and his law degree from Widener University School of Law (*cum laude*) in 1997. From 1997-1998, Mr. Gattuso was a law clerk in the Delaware Superior Court. He is a registered mediator for the Delaware Superior Court. In 2003, Mr. Gattuso was an adjunct professor for Widener University School of Law. He is admitted to practice in the State of Delaware.