IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
MARTIN MARCUS, Individually And On :
Behalf Of All Others Similarly Situated, :
                                        :
            Plaintiff,                  :
                                        :
     vs.                                : Civil Action No. 05-081 (GMS)
                                        :
ASTRAZENECA, PLC, TOM MCKILLOP,         :
JONATHAN SYMONDS, HAKEN MOGREN,         :
and PERCY BARNEVIK,                     :
                                        :
            Defendants.                 :
                                        :
------------------------------------------------------------X

**MOTION OF THE FOSTER GROUP FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Movants, (as defined in the accompanying Memorandum of Law), upon the Declaration of Aaron L. Brody, dated March 28, 2005, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully move this Court for an order in the form filed herewith: (i) appointing the Foster Group as lead plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (ii) approving Movants' selection of Lead Counsel.

Dated: March 28, 2005

          ROSENTHAL, MONHAIT,
          GROSS & GODDESS, P.A.

By: _____
      Norman M. Monhait (#1040)
      919 Market Street, Suite 1401
      Citizens Bank Center
      P.O. Box 1070
      Wilmington, DE 19899
      (302) 656-4433
      Email: nmonhait@rmgglaw.com

**Proposed Liaison Counsel
For Plaintiffs and the Class**

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Lead Counsel For
Plaintiffs and The Class**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of March, 2005, I caused a copy of the **Motion Of The Foster Group For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel and [Proposed] Order Granting Motion Of The Foster Group For Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel** to be served on all listed counsel on attached service list by Federal Express, except as indicated:

*Counsel for Plaintiffs:*
Jules Brody
Aaron Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

H. Adam Prussin
POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Seth D. Rigrodsky (#3147) **(By Hand Delivery)**; email srigrodsky@milbergweiss.com
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 Market Street, Suite 411
Wilmington, DE 19801

Theodore M. Hess-Mahan
Thomas G. Shapiro
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02108

Howard Smith
SMITH & SMITH LLP
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

Steven G. Schulman
Peter Edward Seidman
Andrei V. Rado
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Wayne T. Boulton
Nancy A. Kulesa
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Samuel H. Rudman
David A. Rosenfeld
LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

Douglas Brooks
David Pastor
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

***Defendants:*** *(By First Class Mail)*

AstraZeneca, PLC
Tom McKillop
Jonathan Symonds
Haken Mogren
Percy Barnevik
AstraZeneca Pharmaceuticals LP (U.S. Headquarters)
P.O. Box 15437
Wilmington, DE 19850

*[signature]*

Norman M. Monhait (#1040)
ROSENTHAL MONHAIT GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1040
Wilmington, Delaware 19899-1070
(302) 656-4433
Email: nmonhait@rmgglaw.com

**Proposed Liaison Counsel
For Plaintiffs and the Class**