IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| MARTIN MARCUS, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, TOM MCKILLOP, JONATHAN SYMONDS, HAKAN MOGREN, and PERCY BARNEVIK,<br><br>Defendants. | Case No. 1:05-cv-081 (GMS) |

## NOTICE OF WITHDRAWAL OF THE
## MOTION OF THE LANG GROUP FOR APPOINTMENT
## AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

*Attorneys for Plaintiff:*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330

Dated: May 4, 2005

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
(302) 984-0597

--and--

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300

*Counsel for the Lang Group*

Class members Anthony Lang, individually and on behalf of Hunglang Investment Group, and Charles R. Beyerlein (collectively, the "Lang Group") hereby withdraw their Lead Plaintiff/Lead Counsel motion. The State Universities Retirement System of Illinois ("Illinois") has reported the largest financial interest of all movants in this litigation. Moreover, it is a sophisticated institutional investor and is more than adequate to represent the Lang Group and the other Class members. Accordingly, the Lang Group withdraws its motion, and supports the appointment of Illinois as Lead Plaintiff. The Lang Group members, however, do not, by their withdrawal, waive their right to participate and recover as class members or shareholders in this or any litigation. Should the Court find it necessary to appoint new or additional Lead Plaintiffs, the Lang Group and Milberg Weiss Bershad & Schulman LLP are ready, willing and able to serve as Lead Plaintiff and Lead Counsel, respectfully, for the Class.

DATED: May 4, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By   /s/ Ralph N. Sianni
     Seth D. Rigrodsky (#3147)
     Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
(302) 984-0597

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300

*Counsel for the Lang Group*

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330

*Plaintiff's Counsel*