## **CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, do hereby certify that on May 4, 2005, I electronically filed NOTICE OF WITHDRAWAL OF THE MOTION OF THE LANG GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

> Norman M. Monhait
> Rosenthal Monhait Gross & Goddess
> Citizens Bank Center, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> Email: nmonhait@rmgglaw.com
> *Attorneys for The Foster Group*

> Karen L. Pascale
> Bouchard, Margules & Friedlander, P.A.
> 222 Delaware Ave., Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> Email: kpascale@bmf-law.com
> *Attorneys for State Universities Retirement System of Illinois*

and that I also caused all parties listed on the attached service list to be served by regular U.S. Mail on this 4th day of May, 2005.

> /s/ Ralph N. Sianni
> Ralph N. Sianni (DSBA # 4151)
> MILBERG WEISS BERSHAD & SCHULMAN, LLP
> 919 N. Market Street, Suite 411
> Wilmington, Delaware 19801
> Telephone: (302) 984-0597
> rsianni@milbergweiss.com

## ASTRAZENECA PLC
### SERVICE LIST

| *Tyler v. Aztrazeneca PLC*, No. 05cv10167 (D. Mass.) ||
|---|---|
| Thomas G. Shapiro, Esq.<br>Theodore M. Hess-Mahan, Esq.<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Tel: 617.439.3939<br>Fax: 617.439.0134<br><br>*Attorneys for Plaintiff Raymond Tyler* | William S. Lerach, Esq.<br>Darren J. Robbins, Esq.<br>Mary K. Blasy, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.231.1058<br>Fax: 619.231.7423<br><br>*Attorneys for Plaintiff Raymond Tyler* |
| Samuel H. Rudman, Esq.<br>David A. Rosenfeld, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Tel: 631.367.7100<br>Fax: 631.367.1173<br><br>*Attorneys for Plaintiff Raymond Tyler* | |

| *Marcus v. Astrazeneca PLC*, No. 05cv81 (D. Del.) ||
|---|---|
| Nadeem Faruqi, Esq.<br>**FARUQI & FARUQI, LLP**<br>320 E. 39th Street<br>New York, NY 10016<br>Tel: 212.983.9330<br>Fax: 212.983.9331<br><br>*Attorneys for Plaintiff Martin Marcus* | |
| | |

| | |
|---|---|
| *Jaroslawicz v. Astrazeneca PLC*, No. 05cv2688 (S.D.N.Y.) | |
| Stanley M. Grossman, Esq.<br>H. Adam Prussin, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: 212.661.1100<br>Fax: 212.661.8665<br><br>*Attorneys for Plaintiff David Jaroslawicz* | Patrick V. Dahlstrom, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>One North LaSalle Street, Suite 2225<br>Chicago, IL 60602-3908<br>Tel: 312.377.1181<br>Fax: 312.377.1184<br><br>*Attorneys for Plaintiff David Jaroslawicz* |

| | |
|---|---|
| *Elliott v. Astrazeneca PLC*, No. 05cv2969 (S.D.N.Y.) | |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzivia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212.687.7230<br>Fax: 212.490.2022<br><br>*Attorneys for Plaintiff Bruce R. Elliott* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: 212.682.3025<br>Fax: 212.682.3010<br><br>*Attorneys for Plaintiff Bruce R. Elliott* |

| | |
|---|---|
| John D. Donovan, Jr., Esq.<br>Gabriel D. O'Malley, Esq.<br>**ROPES & GRAY LLP**<br>One International Place<br>Boston, MA 02110<br>Tel: 617.951.7000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* | Michael P. Carroll, Esq.<br>Joel M. Cohen, Esq.<br>Patrick J. Murray, Esq.<br>Daniel S. Kahn, Esq.<br>**DAVIS POLK & WARDWELL**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212.450.4000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* |