IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| MARTIN MARCUS, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, TOM MCKILLOP, JONATHAN SYMONDS, HAKAN MOGREN, and PERCY BARNEVIK,<br><br>Defendants. | X<br>:<br>:  Case No. 1:05-cv-081 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

**MILBERG WEISS BERSHAD**
**& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
(302) 984-0597

—and—

**MILBERG WEISS BERSHAD**
**& SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
(212) 594-5300

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
(212) 983-9330

*Attorneys for Plaintiff*

Plaintiff Martin Marcus, by his attorneys, hereby voluntarily dismisses his action, captioned *Marcus v. AstraZeneca PLC,* No. 1:05cv081, (D. Del. filed Feb. 14, 2005), without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendants have not filed or served an answer nor moved for summary judgment in this action. Plaintiff does not intend by this voluntary dismissal to waive his right to participate and recover as a class member or shareholder in any action.

DATED: May 4, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By ___/s/ Ralph N. Sianni___
    Seth D. Rigrodsky (#3147)
    Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
Telephone: (302) 984-0597

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330

*Plaintiff's Counsel*

i