## **CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, do hereby certify that on May 4, 2005, I electronically filed a NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

>Norman M. Monhait
>Rosenthal Monhait Gross & Goddess
>Citizens Bank Center, Suite 1401
>P.O. Box 1070
>Wilmington, DE  19899-1070
>(302) 656-4433
>Email:  nmonhait@rmgglaw.com
>>*Attorneys for The Foster Group*
>
>Karen L. Pascale
>Bouchard, Margules & Friedlander, P.A.
>222 Delaware Ave., Suite 1400
>Wilmington, DE  19801
>(302) 573-3500
>Email: kpascale@bmf-law.com
>>*Attorneys for State Universities Retirement System of Illinois*

and that I also caused all parties listed on the attached service list to be served by regular U.S. Mail on this 4th day of May, 2005.

>/s/ Ralph N. Sianni
>Ralph N. Sianni (DSBA # 4151)
>MILBERG WEISS BERSHAD & SCHULMAN, LLP
>919 N. Market Street, Suite 411
>Wilmington, Delaware  19801
>Telephone: (302) 984-0597
>rsianni@milbergweiss.com

## ASTRAZENECA PLC
## SERVICE LIST

| *Tyler v. Aztrazeneca PLC*, No. 05cv10167 (D. Mass.) ||
|---|---|
| Thomas G. Shapiro, Esq.<br>Theodore M. Hess-Mahan, Esq.<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA 02109<br>Tel: 617.439.3939<br>Fax: 617.439.0134<br><br>*Attorneys for Plaintiff Raymond Tyler* | William S. Lerach, Esq.<br>Darren J. Robbins, Esq.<br>Mary K. Blasy, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.231.1058<br>Fax: 619.231.7423<br><br>*Attorneys for Plaintiff Raymond Tyler* |
| Samuel H. Rudman, Esq.<br>David A. Rosenfeld, Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Tel: 631.367.7100<br>Fax: 631.367.1173<br><br>*Attorneys for Plaintiff Raymond Tyler* | |

| *Marcus v. Astrazeneca PLC*, No. 05cv81 (D. Del.) ||
|---|---|
| Nadeem Faruqi, Esq.<br>**FARUQI & FARUQI, LLP**<br>320 E. 39th Street<br>New York, NY 10016<br>Tel: 212.983.9330<br>Fax: 212.983.9331<br><br>*Attorneys for Plaintiff Martin Marcus* | |
| | |

| *Jaroslawicz v. Astrazeneca PLC*, No. 05cv2688 (S.D.N.Y.) | |
|---|---|
| Stanley M. Grossman, Esq.<br>H. Adam Prussin, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: 212.661.1100<br>Fax: 212.661.8665<br><br>*Attorneys for Plaintiff David Jaroslawicz* | Patrick V. Dahlstrom, Esq.<br>**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**<br>One North LaSalle Street, Suite 2225<br>Chicago, IL 60602-3908<br>Tel: 312.377.1181<br>Fax: 312.377.1184<br><br>*Attorneys for Plaintiff David Jaroslawicz* |

| *Elliott v. Astrazeneca PLC*, No. 05cv2969 (S.D.N.Y.) | |
|---|---|
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzivia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: 212.687.7230<br>Fax: 212.490.2022<br><br>*Attorneys for Plaintiff Bruce R. Elliott* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: 212.682.3025<br>Fax: 212.682.3010<br><br>*Attorneys for Plaintiff Bruce R. Elliott* |

| | |
|---|---|
| John D. Donovan, Jr., Esq.<br>Gabriel D. O'Malley, Esq.<br>**ROPES & GRAY LLP**<br>One International Place<br>Boston, MA 02110<br>Tel: 617.951.7000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* | Michael P. Carroll, Esq.<br>Joel M. Cohen, Esq.<br>Patrick J. Murray, Esq.<br>Daniel S. Kahn, Esq.<br>**DAVIS POLK & WARDWELL**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212.450.4000<br><br>*Attorneys for Defendants Astrazeneca PLC, Percy Barnevik, Tom McKillop, Jonathan Symonds, and Hakan Mogren* |